ACCEPTED
05-13-01689-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/11/2015 9:59:25 AM
LISA MATZ
CLERK



JEFFREY S. LEVINGER
Board Certified, Civil Appellate Law
Texas Board of Legal Specialization

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/11/2015 9:59:25 AM
LISA MATZ
Clerk

February 11, 2015

**By E-Filing**
Ms. Lisa Matz
Clerk of the Court
Fifth Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, TX 75202-4658

> Re:   *Inwood National Bank v. Wells Fargo Bank, N.A. as Trustee and U.S. Trust Bank, Bank of America Private Wealth Management*; No. 05-13-01689-CV

Dear Ms. Matz:

This will acknowledge receipt of your letter dated January 15, 2015 scheduling this case for oral argument on March 3, 2015 at 2:00 p.m. Please be advised that I will be presenting oral argument on behalf of Appellant Inwood National Bank.

In addition, this letter will advise that the two appellants in this case, Inwood National Bank and U.S. Trust Bank, have agreed to divide their oral argument time as follows:

<u>Opening</u>
| | |
|---|---|
| Inwood National Bank | 15 minutes |
| U.S. Trust Bank | 5 minutes |

<u>Rebuttal</u>
| | |
|---|---|
| Inwood National Bank | 3 1/2 minutes |
| U.S. Trust Bank | 1 1/2 minutes |

Thank you very much for your attention to this matter.

Sincerely,

*/s/ Jeffrey S. Levinger*

Jeffrey S. Levinger
Attorney for Appellant
Inwood National Bank

JL/rh

cc:     Steven J. Lownds
        Matthew Murnane
        Whitney Rawlinson
        Michael D. Conner
        Evan A. Moeller
        Steven D. Goldston
        J. Carl Cecere